IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELSEY NELSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-573-wmc

CAPTAIN FRANSON, JESSE WITTENBURG,
CHRIS REITZ, BYRAN BARTOW and KENT
McNAMARA,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Kent McNamara and Byran Bartow, granting summary judgment in favor of defendants Captain Franson, Jesse Wittenburg and Chris Rietz and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

    /s/                                                  12/10/2014

Peter Oppeneer, Clerk of Court              Date