IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELSEY NELSON,

    PLAINTIFF,

V.          CASE NO. 12-CV-573-WMC

CAPTAIN FRANSON, JESSE WITTENBURG
AND CHRIS REITZ, et al.,

    DEFENDANTS.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT KELSEY NELSON, PLAINTIFF, PROCEEDING PRO SE, IN THE ABOVE ENTITLED MATTER, APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE FINAL JUDGMENT OF UNITED STATES DISTRICT COURT JUDGE WILLIAM M. CONLEY, DISMISSING THIS ACTION ON DECEMBER 10, 2014.

DATED: JAN 8th 2015

Nelson Kelsey 289217

KELSEY NELSON #289217, PRO SE
NEW LISBON CORRECTIONAL INSTITUTION
P.O. BOX 4000
NEW LISBON, WI. 53950

IN THE UNITED STATE DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

KELSEY NELSON

Case No .12-CV-573-WMC

VS.

CAPTAIN FRANSON, JESEE WITTENBURD
AND CHRIS REITZ, ET AL.

NOTICE OF APPEAL

Notice is hereby given that Kelsey Nelson, plaintiff, proceeding pro se, in the above entitled matter, appeal to the united states court of appeals for the seventh circuit from the final judgment of united states district court judge William M. Conley, dismissing this action on ~~DECEMBER~~ JAN 8th 2015

KELSEY NELSON #289217
NEW LISBON CORR INST
P.O BOX 4000
NEW LISBON WI, 53950

To whom it may concern

I respectfully ask the courts too accept the enclosed cause the envt has been playing with my mail plus has sented my letter back too me # of times stating return too sender postage due when the letter wasn't sufficient so again I ask the courts too accept the enclosed —

Leo Kelsey Vellar 388219
W.L.C.I.
P.O. Box 400
New Lisbon, Wisconsin
53950

April 12, 2015

DOC NO
RECD/FILED
2015 JAN 20 AM 11:05
PETER OPPENEER
CLERK US DIST CT
WD OF WI

MR. KELSEY NELSON #339019
NEW LISBON CORR. INST.
P.O. BOX 4000
NEW LISBON WISCONSIN
53950

United States District
Court
Western District of Wis-
consin
120 North Henry Street
Room 320
Madison Wisconsin
53703

THIS LETTER HAS BEEN
MAILED FROM
WI PRISON SYSTEM

289219--



SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012